Before the Third Division, December 10, 1959

No. 63587.—Sam Sontag v. United States, protest 58/11244 (New York).

Opinion by Johnson, J.  In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63588.—Moe Haber v. United States, protest 58/13367 (New York).

Opinion by Johnson, J.  In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63589.—The Danwill Company v. United States, protest 59/846 (New York).

Opinion by Johnson, J.  In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63590.—J. Conti Products v. United States, protest 59/4379 (New York).

Opinion by Johnson, J.  In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63591.—Maurice A. Auerbach, Inc. v. United States, protest 59/835 (New York).

Opinion by Johnson, J.  Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 63592.—Reeves Instrument Corporation v. United States, protest 59/1458 (New York).

Opinion by Johnson, J.  Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 63593.—John French Company v. United States, protest 59/5295 (New York).

Opinion by Johnson, J.  Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.